Lafourche Parish Clerk of Court - C-144462
Filed Mar 31, 2022 10:08 AM
Jada Breaux
Deputy Clerk of Court
FAX Received Mar 18, 2022

Case 2:22-cv-01397-JCZ-DMD   Document 1-1   Filed 05/18/22   Page 1 of 5

## 17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

## STATE OF LOUISIANA

NO: _____                                                    DIVISION: _____

### MONCELL COLLINS

### VS

### UNITED SERVICES AUTOMOBILE ASSOCIATION, GEORGE HARMANSKY, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, CANDIS GUILLOT and PROGRESSIVE SECURITY INSURANCE COMPANY

FILED: _____          _____
                                                                                         **DEPUTY CLERK**

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Moncell Collins, a person of the full age of majority and domiciled in Orleans Parish, Louisiana, who respectfully represents that:

I.

Made Defendants herein are:

1. UNITED SERVICES AUTOMOBILE ASSOCIATION, a foreign insurer authorized to do and doing business in the State of Louisiana;

2. PROGRESSIVE SECURITY INSURANCE COMPANY, a foreign insurer authorized to do and doing business in the State of Louisiana;

3. EAN HOLDINGS, LLC d/b/a Enterprise Rent-A-Car a foreign business, authorized to do and doing business in the State of Louisiana;

4. GEORGE HARMANSKY, a person of the full age of majority and domiciled in Orange Park, Florida; and

5. CANDIS GUILLOT, a person of the full age of majority and domiciled in Jefferson Parish, Louisiana.

II.

Venue is proper in this Parish because the accident occurred, and damages were sustained, in Lafourche Parish.

GOVERNMENT EXHIBIT 1

Defendants are jointly and *in solido* liable unto Plaintiff for such damages as are reasonable in these premises, including past, present and future physical pain and suffering; past, present and future mental pain and suffering; past present and future permanent disability; medical expenses; and loss of consortium, together with legal interest thereon from date of judicial demand, until paid, and for costs of these proceedings, for the following, to wit:

IV.

On April 14, 2021, at approximately 1:38 a.m., Plaintiff, Moncell Collins, was a passenger in a 1999 GMC Suburban being driven by Candis Guillot, which was traveling southbound on LA 1.

V.

At the same time, Defendant, George Harmansky, was operating a 2021 GMC Yukon owned by EAN Holdings, LLC d/b/a Enterprise Rent-A-Car, and traveling northbound on Hwy. 1. Mr. Harmansky crossed the center line and struck the vehicle in which Mr. Collins was a passenger.

VI.

As a result of the accident, Plaintiff sustained injuries to his body, including, but not limited to, the neck and back.

VII.

Plaintiff was not at fault nor contributorily negligent. His injuries were caused solely by the fault and negligence of Mr. Harmansky in the following particulars:

1. Failure to stay within his designated lane of travel;
2. Crossing over the center line into oncoming traffic;
3. Failure to yield;
4. Failure to use reasonable vigilance;
5. Failure to see what he should have seen;
6. Failure to keep a good and careful lookout;
7. Driving inattentively;

...and proper control of the vehicle that was being operated;

9. Careless operation;

10. Operating a vehicle in a careless and reckless manner without regard for the safety of others; and

11. Any and all other acts of negligence that may be proven at the trial of this matter.

VIII.

Upon information and belief, it is alleged that at all material times hereto, Defendant, United Services Automobile Association, had a policy of liability insurance covering Defendant, George Harmansky, for the damages claimed by Plaintiff. Therefore, United Services Automobile Association is liable unto Plaintiff for the tortious acts of Defendant, George Harmansky.

IX.

Alternatively, Plaintiff alleges that his injuries were caused by the fault and negligence of Candis Guillot in the following particulars:

1. Failure to yield;

2. Failure to use reasonable vigilance;

3. Failure to see what she should have seen;

4. Failure to keep a good and careful lookout;

5. Driving inattentively;

6. Failure to maintain reasonable and proper control of the vehicle that was being operated;

7. Careless operation;

8. Operating a vehicle in a careless and reckless manner without regard for the safety of others; and

9. Any and all other acts of negligence that may be proven at the trial of this matter.

X.

Upon information and belief, it is alleged that at all material times hereto, Defendant, Progressive Security Insurance Company, had a policy of liability insurance covering Defendant,

3



Certified True and

Candis Guillot, for the damages claimed by Plaintiff. Therefore, Progressive Security Insurance Company is liable unto Plaintiff for the tortious acts of Defendant, Candis Guillot.

XI.

Plaintiff, Moncell Collins, itemizes his damages which he suffered that were proximately caused by the above-described negligence of Defendants as follows, to-wit:

a. Past physical pain, suffering, and discomfort;

b. Past mental anguish, aggravation, and annoyance;

c. Future physical pain, suffering, and discomfort;

d. Future mental anguish, aggravation, and annoyance;

e. Past medical expenses;

f. Future medical expenses;

g. Past lost wages;

h. Future lost wages;

i. Loss of enjoyment of life;

j. Disability from working to earn an income;

k. Destruction of earning capacity; and

l. Disability from engaging in recreation.

XII.

Plaintiff prays for a trial by jury on all issues.

WHEREFORE, Plaintiff, Moncell Collins, prays that the Defendants be duly cited and served with a copy of this Petition and, after all proceedings are had, there be a judgment in favor of Plaintiff, Moncell Collins, and against Defendants, Progressive Security Insurance Company, United Services Automobile Association, George Harmansky, EAN Holdings, LLC d/b/a Enterprise Rent-A-Car and Candis Guillot, individually, jointly and *in solido* for all amounts as are reasonable in the premises together with legal interest from the date of judicial demand until paid and for all costs of these proceedings. Plaintiff further prays for all general and equitable relief to which he may otherwise be entitled.

4



Respectfully submitted,

HUBER THOMAS & MARCELLE, LLP

STEPHEN M. HUBER, BAR NO. 24463
BRIAN P. MARCELLE, BAR NO. 25156
CHRISTOPHER T. WHELEN, BAR NO. 36079
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:  (504) 274-2500
Facsimile:  (504) 910-0838
ATTORNEYS FOR PLAINTIFFS

PLEASE SERVE:

**GEORGE HARMANSKY**
*THROUGH LOUISIANA LONG ARM STATUTE*
3044 Southall Court
Orange Park, FL 32065

**CANDIS GUILLOT**
3826 Peters Rd.
Harvey, LA 70058

**EAN HOLDINGS, LLC**
Through its registered agent for service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**PROGRESSIVE SECURITY INSURANCE COMPANY**
Through its registered agent for service
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**UNITED SERVICES AUTOMOBILE ASSOCIATION**
Through its registered agent for service
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

5

